IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| In re the matter of: | CASE NO. 19-24957 |
| | CHAPTER 13 |
| Edmond H. Knox | |
|     Debtor. | JUDGE Donald R. Cassling |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:

| | |
|---|---|
| Edmond H. Knox | David M. Siegel |
| 7812 S. Eberhart | 790 Chaddick Drive |
| Chicago, IL 60619 | Wheeling, IL 60090 |
| Via Regular Mail | Via Electronic Mail |
| | |
| Tom Vaughn | Patrick S. Layng |
| 55 E. Monroe St. Ste. 3850 | Office of the U.S. Trustee, Region 11 |
| Chicago, IL 60603 | 219 S. Dearborn St., Room 873 |
| Via Electronic Mail | Chicago, IL 60604 |
| | Via Electronic Mail |

On SEPTEMBER 19, 2019, at 9:30 a.m., I shall appear before the Honorable Judge DONALD R. CASSLING in the Dirksen Federal Courthouse, Courtroom numbered 619, 219 S. Dearborn Street, Chicago, IL 60604, or in his/her absence, before such other Bankruptcy Judge as may be presiding in his/her place and stead, and shall then and there present the attached Motion to Modify Stay at which time and place you may appear if you so see fit.

                                Foursight Capital, LLC

                                By:   /s/Amy A. Aronson
                                        Amy A. Aronson
                                        Attorneys for Foursight Capital, LLC

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810 / Attorneys for Foursight Capital, LLC

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to

Modify the Automatic Stay attached, upon the parties listed above, by mailing same in a properly addressed envelope, postage prepaid, from the Vernon Hills Post Office, Lakeview Parkway, Vernon Hills, Illinois 60061, before the hour of 5:00 p.m. on the 12th day of September, 2019, or via electronic notice as indicated above.

                                              By:    /s/Amy A. Aronson
                                                        Attorneys for Foursight Capital, LLC

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for Foursight Capital, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| In re the matter of: | CASE NO. 19-24957 |
| | CHAPTER 13 |
| Edmond H. Knox | |
| | JUDGE Donald R. Cassling |
| Debtor. | |

## MOTION TO MODIFY AUTOMATIC STAY

Now Comes FOURSIGHT CAPITAL, LLC, a creditor herein, Amy A. Aronson, Aronson & Walsh, P.C., its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of § 362of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1.	That on September 4, 2019, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.	That FOURSIGHT CAPITAL, LLC is a creditor of the Debtor, Edmond H. Knox, with respect to a certain 2016 Kia Optima: VIN 5XXGT4L38GG112105, and holds a security interest pursuant to a certain Retail Installment Contract entered into by the Debtor on or about December 6, 2016.  A copy of said agreement is attached hereto and incorporated herein as Exhibit "A".  A copy of the Certificate of Title is attached hereto and incorporated herein and marked Exhibit "B".

3.	Debtor has defaulted on his obligation to FOURSIGHT CAPITAL, LLC in that he has failed to make the payments required under the terms of the Agreement.  Debtor owes FOURSIGHT CAPITAL, LLC the sum of $21,665.73 plus accruing interest and attorneys' fees.  The Debtor has defaulted in making the payments due and the current amount due is $2,965.03, representing default for four (4) months.

4. That the Debtor has not offered, and FOURSIGHT CAPITAL, LLC is not receiving, adequate protection for its secured interest.

5. That FOURSIGHT CAPITAL, LLC will suffer irreparable injury, harm and damage should it be delayed in foreclosing its security interest.

6. The property is not necessary for the effective reorganization of the Debtor.

7. That no cause exists to stay the execution of this order.

WHEREFORE, FOURSIGHT CAPITAL, LLC prays that this Honorable Court enter an Order modifying the restraining provisions of § 362 of the Bankruptcy Code to permit the said FOURSIGHT CAPITAL, LLC or its assigns to take possession and foreclose its security interest in the 2016 Kia Optima: VIN 5XXGT4L38GG112105; that Bankruptcy Rule 4001(a)(3) is waived and not applicable, and for such other and further relief as this court deems just and proper.

FOURSIGHT CAPITAL, LLC

By:  /s/Amy A. Aronson
     Amy A. Aronson
     One of its Attorneys

Amy A. Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
Attorneys for Foursight Capital, LLC